WELLINGTON SYSTEMS, INC., ET AL. *v.* REDDING GROUP, INC., ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 49 Conn. App. 152 (AC 16334), is denied.

*David S. Maclay,* in support of the petition.

Decided September 15, 1998

YEONG GIL KIM ET AL. *v.* DOMINICK MAGNOTTA ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 49 Conn. App. 203 (AC 16509), is granted, limited to the following issue:

"Under the circumstances of this case, did the Appellate Court properly affirm the judgment of the trial court that it lacked jurisdiction to order rescission of the stipulated agreement between the parties?"

BERDON and KATZ, Js., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 15995.

*Edward T. Krumeich,* in support of the petition.

Decided September 15, 1998